UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


MICHELE WOODS

VERSUS

STATE OF LOUISIANA

CIVIL ACTION

NUMBER 07-913-JVP-SCR


**ORDER**

Before the court is the plaintiff's Ex Parte Motion to Continue Status Conference.  Record document number 3.

This case was assigned for a scheduling conference on March 20, 2008.[1]  Plaintiff moved to continue the conference because the defendant has not filed an answer nor entered an appearance.

A review of the record confirmed that the defendant has not filed an answer or other pleading, nor otherwise made an appearance.  Also, the record does not contain any evidence that the defendant has been properly served.[2]  Failure to serve the defendant within the time allowed by Rule 4(m), Fed.R.Civ.P., may result in dismissal of the complaint.  Additionally, under Local Rule 41.3M, when the defendant has been served but does not file an answer or other responsive pleading, the complaint may be dismissed for failure to prosecute if the plaintiff does not obtain a default

---

[1] Record document number 2.

[2] Plaintiff's motion states that on January 24, 2008 the defendant requested an informal 30-day extension of time.  This indicates that the defendant has actual notice of the complaint.

against the defendant.

Therefore;

IT IS ORDERED that the conference scheduled for March 20, 2008 is canceled.

This case will be reviewed after the time to serve the defendant has expired.  If the defendant has not filed an answer or other responsive pleading, the plaintiff will be ordered to show cause why the complaint should not be dismissed pursuant to Rule 4(m) or Local Rule 41.3M.  If the defendant has made an appearance by filing an answer or otherwise, the conference will be rescheduled.

Baton Rouge, Louisiana, March 7, 2008.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE