UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHELE WOODS

VERSUS

STATE OF LOUISIANA

CIVIL ACTION

NO. 07-913-JJB-SCR



# JUDGMENT

This cause came on before the court for trial by jury, the Honorable James J. Brady, presiding, and the jury having rendered its verdict,

IT IS ORDERED ADJUDGED AND DECREED that judgment be entered herein in favor of defendant, the State of Louisiana, and against the plaintiff, Michele Woods.

Baton Rouge, Louisiana, this ____ day of December, 2009.

_____
JAMES J. BRADY
UNITED STATES DISTRICT JUDGE